# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY DUMAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 09-271 |
| vs. ) | |
| ) | |
| MICHAEL HARLOW, Superintendent of ) | Magistrate Judge Maureen P. Kelly |
| S.C.I.-Mercer;  FRANCIS J. SCHULTZ, ) | |
| Esq., District Attorney of Crawford County; ) | |
| and THE ATTORNEY GENERAL OF ) | |
| THE COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

AND NOW, this 6th day of July 2012, the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is hereby DENIED.

BY THE COURT,

/s/ Maureen P. Kelly
MAUREEN P. KELLY
U.S. MAGISTRATE JUDGE

Dated:  July 6, 2012

cc:　TERRY DUMAS
　　　HK-5994
　　　SCI MERCER
　　　801 BUTLER PIKE
　　　MERCER, PA 16137

　　　All counsel of record via ECF