IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY DUMAS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MICHAEL HARLOW, Superintendent of )<br>S.C.I.-Mercer; FRANCIS J. SCHULTZ, )<br>Esq., District Attorney of Crawford County; )<br>and THE ATTORNEY GENERAL OF )<br>THE COMMONWEALTH OF )<br>PENNSYLVANIA, )<br>)<br>Respondents. ) | Civil Action No. 09-271<br><br>Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this 6th day of July 2012, the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is hereby DENIED.

              BY THE COURT,

              /s/ Maureen P. Kelly
              MAUREEN P. KELLY
              U.S. MAGISTRATE JUDGE

Dated: July 6, 2012

cc: TERRY DUMAS
   HK-5994
   SCI MERCER
   801 BUTLER PIKE
   MERCER, PA 16137

   All counsel of record via ECF